JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIE MCCLOUD, | ) | Case No. 5:21-cv-01750-PA-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| R.J. DONOVAN, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: October 20, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE